STATE OF IOWA, Appellee, v. CHARLES LE ROY
COURSON, Appellant.

No. 46555.

OCTOBER 17, 1944.

Edmund Scarpino and Theodore F. Mantz, both of Des
Moines, for appellant.

John M. Rankin, Attorney General, and Wm. P. McFarlin,
Assistant Attorney General, for appellee.

PER CURIAM.—Defendant was indicted by the grand jury
of Polk County, Iowa, on May 5, 1944, for second offense, oper-
ating a motor vehicle while intoxicated, as defined in section
5022.02 of the Code of Iowa, 1939. He pleaded not guilty, was
tried and convicted, and sentenced to pay a fine of $600 and
costs, and in default of the payment of such fine was to be con-
fined in the county jail of Polk County, Iowa, for a period of six
months, and he appealed to this court.

The case came to this court on a clerk's transcript. We
have examined the same and find no error therein. However, by
reason of Code section 13964, the sentence should be modified
to require the defendant, in default of payment of the $600 fine,
to serve one hundred eighty days in the county jail of Polk
County, Iowa. The sentence so modified is affirmed.—Modified
and affirmed.